# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Woodbridge Group of Companies, LLC
    Debtor

Bankruptcy Case No.: 17–12560–BLS

Bankruptcy Chapter:  11

_____

Michael Goldberg

    Plaintiff

    vs.

American Prosperity LLC and Taylor Ogden

    Defendant(s)

Adv. Proc. No.:  19–51060–BLS

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Defendant's Name: American Prosperity LLC and Taylor Ogden

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Una O'Boyle, Clerk of Court

Date: 7/22/20

By:  Sherry J. Stiles, Deputy Clerk

(VAN–431)