# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 7/22/2020 |
| Case: 19−51060−BLS | Form ID: van431 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| aty | Bradford J. Sandler | bsandler@pszjlaw.com |
|---|---|---|
| aty | Colin R. Robinson | crobinson@pszjlaw.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| aty | Andrew Caine | Pachulski Stang Ziehl & Jones LLP | 10100 Santa Monica Blvd. | 13th Floor | Los Angeles, CA 90067 UNITED STATES |
|---|---|---|---|---|---|
| ust | U.S. Trustee | Office of the United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 | Lockbox 35    Wilmington, DE 19801 |
| ust | U.S. Trustee | Office of United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 | Lockbox 35    Wilmington, DE 19899−0035 |

TOTAL: 3